RICHARDS, Respondent, v. FINCKE et al, Appelaints.

197 N. W. 889.)

(File No. 5460.   Opinion filed March 18, 1924.)

**Appeal and Error—Briefs—Court Rules—Order Affirmed Where Appeal Abandoned by Failure to File Appeal Bond and Briefs.**

Where appellants failed to comply with the statute requiring an undertaking on appeal and with Supreme Court rules 5, 6, 7, and 13, relating to service and filing of briefs, within the prescribed time, the appeal will be deemed abandoned, and the order of the lower court will be affirmed.

Appeal from Circuit Court, Charles Mix County; Hon. R. B. Tripp, Judge.

Action by W. T. Richards against Fred Fincke and another. Defendant appeals from an order of the lower court. Affirmed.

G. M. Caster and A. J. Cassidy, both of Lake Andes, for Appellant.

M. L. Parish, of Murdo, for Respondent.

PER CURIAM.  Notice of appeal in this case was served on respondent and the clerk of the circuit court of Charles Mix county, and the same with proof of service filed with the clerk of the circuit court of Charles Mix county, S. D., on July 20, 1923, and filed with the clerk of this court July 23, 1923.  No undertaking has ever been filed and no briefs or other papers of any kind have been filed with this court.

The appellants having utterly failed to comply with the statute requiring an undertaking on appeal and with rules 5, 6, 7, and 13 of this court within the time therein prescribed, this appeal is deemed abandoned, and the order of the lower court is affirmed.

Note.—Reported in 197 N. W. 889.  See, Headnote, American Key-Numbered Digest, Appeal and error, Key-Nos. 395, 773(4), 3 C. J. Secs. 1141, 1607.